# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| No. 12-1100 | September Term 2011 |
|---|---|
| | EPA-77FR9304 |
| | Filed On: February 22, 2012 [1359749] |

White Stallion Energy Center, LLC,

    Petitioner

    v.

Environmental Protection Agency,

    Respondent

------------------------------

Consolidated with 12-1101, 12-1102

## O R D E R

Upon consideration of the petitions for review, it is, on the court's own motion,

**ORDERED** that these cases be consolidated. It is

**FURTHER ORDERED** that petitioners submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | March 23, 2012 |
| Docketing Statement Form | March 23, 2012 |
| Procedural motions, if any | March 23, 2012 |
| Statement of Intent to Utilize Deferred Joint Appendix | March 23, 2012 |
| Statement of Issues to be Raised | March 23, 2012 |
| Underlying Decision from Which Appeal or Petition Arises | March 23, 2012 |
| Dispositive Motions, if any (Original and 4 copies) | April 9, 2012 |

It is

    **FURTHER ORDERED** that respondent submit the documents listed below by the dates indicated.

| | |
|---|---|
| Entry of Appearance Form | March 23, 2012 |
| Procedural motions, if any | March 23, 2012 |
| Certified Index to the Record | April 9, 2012 |
| Dispositive Motions, if any (Original and 4 copies) | April 9, 2012 |

It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

    The Clerk is directed to transmit to respondent a certified copy of this order and a copy of the petition for review.

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

          BY:    /s/
                    Amy Yacisin
                    Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form
    Entry of Appearance Form
    Request to Enter Appellate Mediation Program
    Notice Concerning Expedition of Appeals and Petitions for Review
    Stipulation to be Placed in Stand-By Pool of Cases