UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| WHITE STALLION ENERGY CENTER, LLC, DESERET POWER ELECTRIC COOPERATIVE, SUNFLOWER ELECTRIC POWER CORP., TRI-STATE GENERATION & TRANSMISSION ASSOCIATION, INC., TENASKA TRAILBLAZER PARTNERS, and POWER4GEORGIANS, LLC<br><br>        Petitioners,<br><br>   v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>        Respondent. | Nos. 12-1100, 12-1176, 12-1177, 12-1178, 12-1180, 12-1184 |

## NOTICE OF CLARIFICATION

On April 27, 2012, Petitioners White Stallion Energy Center, LLC, Sunflower Electric Power Corp., Tri-State Generation & Transmission Association, Inc., Power4Georgians, LLC, Deseret Power Electric Cooperative, and Tenaska Trailblazer Partners filed a Joint Motion by Developers of Solid-Fueled Electric Generating Units to Sever and Expedite Consideration of Issues Germane to Hazardous Air Pollutant Standards Applicable to New Units (the "Joint Motion to Sever and Expedite"). The Joint Motion to Sever and Expedite was docketed as Document No. 1371309 in the

lead case, *White Stallion Energy Center, LLC v. EPA*, Case No. 12-1100, and *Sunflower Electric Power Corp. v. EPA*, Case No. 12-1177, respectively. This Notice is to clarify that the Joint Motion to Sever and Expedite was filed on behalf of each Petitioner identified above, and that it seeks expedition and severance of the claims in the following consolidated cases:

- *White Stallion Energy Center, LLC v. EPA*, Case No. 12-1100;
- *Deseret Power Electric Coop. v. EPA*, Case No. 12-1176;
- *Sunflower Electric Power Corp. v. EPA*, Case No. 12-1177;
- *Tri-State Generation & Transmission Ass'n, Inc. v. EPA*, Case No. 12-1178;
- *Tenaska Trailblazer Partners, v. EPA*, Case No. 12-1180; and
- *Power4Georgians, LLC v. EPA*, Case No. 12-1184.

Respectfully submitted,

/s/ Patricia T. Barmeyer
Patricia T. Barmeyer
Les Oakes
John L. Fortuna
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
404.572.3563 telephone
404.572.5136 facsimile
pbarmeyer@kslaw.com

Counsel for
Power4Georgians, LLC

/s/ Peter S. Glaser
George Y. Sugiyama
Michael H. Higgins
Byron W. Kirkpatrick
Troutman Sanders LLP
401 Ninth Street N.W.
Suite 1000
Washington, D.C. 20001
202.274.2998 telephone
202.654.5611 facsimile
peter.glaser@troutmansanders.com

Counsel for
Tenaska Trailblazer Partners, LLC
Deseret Power Electric Cooperative
Sunflower Electric Power Corporation

2

/s/ Eric Groten  
Eric Groten  
VINSON & ELKINS LLP  
2801 Via Fortuna, Suite 100  
Austin, TX 78746-7568  
(512) 542-8709  

Jeremy C. Marwell  
VINSON & ELKINS LLP  
2200 Pennsylvania Avenue, NW  
Suite 500 West  
Washington, DC 20037  
(202) 639-6507  

Counsel for  
White Stallion Energy Center, LLC  

Dated: May 1, 2012  

/s/ Jeffrey R. Holmstead  
Jeffrey R. Holmstead  
Bracewell & Giuliani LLP  
2000 K Street, NW  
Suite 500  
Washington, DC 20006-1872  
202.828.5852 telephone  
202.857.4812 facsimile  
jeff.holmstead@bgllp.com  

Counsel for  
Tri-State Generation and Transmission Association, Inc.

## CERTIFICATE OF SERVICE

I certify that on this 1st day of May, 2012, a copy of the foregoing *Notice of Clarification* was served electronically through the Court's CM/ECF system on all registered counsel.

/s/ Patricia T. Barmeyer