| | |
|---|---|
| No. 12-1100 | September Term 2011 |
| | EPA-77FR9304 |
| | Filed On: May 1, 2012 [1371798] |

White Stallion Energy Center, LLC,

    Petitioner

    v.

Environmental Protection Agency,

    Respondent

------------------------------

Consolidated with 12-1101, 12-1102, 12-1147, 12-1166, 12-1170, 12-1172, 12-1173, 12-1174, 12-1175, 12-1176, 12-1177, 12-1178, 12-1180, 12-1181, 12-1182, 12-1183, 12-1184, 12-1185, 12-1187, 12-1188, 12-1189, 12-1190, 12-1191, 12-1193, 12-1194, 12-1195, 12-1196

## O R D E R

Upon consideration of respondent's unopposed motion for extension of time to file response to the motion to sever and expedite, it is

**ORDERED** that the motion for extension of time be granted. The following deadline(s) are now established:

| | |
|---|---|
| Response(s) to Motion | May 17, 2012 |
| Reply to Response(s) to Motion | May 30, 2012 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Mark A. Butler
Deputy Clerk