# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

|   |   |
|---|---|
| WHITE STALLION ENERGY CENTER, LLC, *ET AL.*, | ) ) ) ) ) |
| Petitioners, | ) ) |
| v. | ) No. 12-1100 (and consolidated cases) |
| ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) |
| Respondent. | ) ) ) |

## JOINT RESPONSE OF STATE, INDUSTRY, AND LABOR PETITIONERS TO ENVIRONMENTAL PETITIONERS' MOTION FOR RECONSIDERATION OF WORD LIMITS

The Mercury and Air Toxics Standards Rule ("MATS Rule"), 77 Fed. Reg. 9304 (Feb. 16, 2012), is among the most complex Clean Air Act ("CAA") rules to be litigated in terms of the multitude of issues raised[1] and parties involved.[2] This

---

[1] State, Industry, and Labor Petitioners raised 153 issues in their non-binding statements of issues. State, Industry, and Labor Petitioners' Proposed Briefing Format and Schedule at 9 (Doc. 1377899).

Environmental Petitioners raised five issues. Environmental Petitioners' Non-Binding Statement of Issues (Doc. 1375733).

[2] There are four Environmental Petitioners in the MATS Rule litigation: Chesapeake Climate Action Network; Conservation Law Foundation; Environmental Integrity Project; and Sierra Club.

There are 23 State Petitioners joining this response: the States of Michigan; Alabama; Alaska; Arizona; Arkansas; Florida; Idaho; Indiana; Kansas;

1

litigation is the result of more than 20 years of hazardous air pollutant rulemaking that has amassed the largest and most complex record ever under CAA § 112.

The Court set the briefing schedule and format for this case in an August 24, 2012 order (Doc. 1391295). In that order, *all* parties were allocated fewer words than requested for their respective briefs. For example, Environmental Petitioners requested 11,000 words to address issues in their main brief and received 6,000 words, 54.5% of their request. Similarly, State, Industry, and Labor Petitioners requested 28,000 words to address issues in their main opening briefs and received 15,000 words, 53.6% of their request. Petitioners believe that the word allocations in the Court's briefing order compromise their ability to present the numerous issues raised by EPA's action, and are therefore in some tension with the

---

Mississippi; Nebraska; North Dakota; Ohio; Oklahoma; South Carolina; Texas; Utah; West Virginia; Wyoming; the Commonwealths of Pennsylvania and Virginia; Terry E. Branstad, the Governor of Iowa, on behalf of the people of Iowa; and Jack Conway, Attorney General of Kentucky.

The following Industry and Labor Petitioners join this response: National Mining Association; National Black Chamber of Commerce and Institute for Liberty; Utility Air Regulatory Group; Midwest Ozone Group; American Public Power Association; Peabody Energy Corporation; West Virginia Chamber of Commerce *et al.*; United Mine Workers of America; Kansas City Board of Public Utilities; Puerto Rico Electric Power Authority; Chase Power Development, LLC; FirstEnergy Generation Corporation; Edgecombe Genco, LLC and Spruance Genco, LLC; and Wolverine Power Supply Cooperative, Inc.

procedural and substantive guarantees of the Clean Air Act, Administrative Procedure Act, and Due Process Clause of the Fifth Amendment.

Any reconsideration of this Court's briefing order should result in an enlargement in the words allocated to all briefs. Any increase in the length of State, Industry, and Labor Petitioners' briefs should at a minimum be proportional to any enlargement of Environmental Petitioners' opening brief given the fact that Environmental Petitioners raised only five issues while State, Industry, and Labor Petitioners raised 153 issues. *See supra* note 1. If Environmental Petitioners' opening brief were increased in length from 6,000 to 8,000 words -- an increase of 33.3%, the word allocation for State, Industry, and Labor Petitioners' main opening brief(s) should be increased to at least 20,000 words. Commensurate increases should be made to the length of other briefs.

Dated: September 11, 2012                              Respectfully submitted,

/s/ F. William Brownell                                /s/ Neil D. Gordon
F. William Brownell                                    Bill Schuette
Lee B. Zeugin                                          Attorney General
Elizabeth L. Horner (admitted in VA)                   John J. Bursch
HUNTON & WILLIAMS LLP                                  Solicitor General
2200 Pennsylvania Avenue, N.W.                         S. Peter Manning
Washington, D.C. 20037                                 Neil D. Gordon
(202) 955-1500                                         Brian J. Negele
bbrownell@hunton.com                                   Assistant Attorneys General
                                                       Environment, Natural Resources, and
*Counsel for Utility Air Regulatory*                   Agriculture Division
*Group*                                                Office of the Attorney General of

3

Michigan
525 W. Ottawa Street
P.O. Box 30755
Lansing, MI 48909
(517) 373-7540
manningp@michigan.gov
gordonnl@michigan.gov
negeleb@michigan.gov

*Counsel for the State of Michigan*

/s/ Peter S. Glaser
Peter S. Glaser
George Y. Sugiyama
Michael H. Higgins
TROUTMAN SANDERS LLP
401 Ninth Street, N.W.
Suite 1000
Washington, D.C. 20004
(202) 274-2998
peter.glaser@troutmansanders.com

*Counsel for National Mining Association*

/s/ Luther Strange
Luther Strange
Attorney General
State of Alabama
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130
(334) 242-7445

*Counsel for the State of Alabama*

/s/ David B. Rivkin, Jr.
David B. Rivkin, Jr.
Lee A. Casey
Mark W. DeLaquil
Andrew M. Grossman
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
(202) 861-1500
drivkin@bakerlaw.com
lcasey@bakerlaw.com
mdelaquil@bakerlaw.com
agrossman@bakerlaw.com

*Counsel for National Black Chamber of Commerce and Institute for Liberty*

/s/ David M. Flannery
David M. Flannery
Gale Lea Rubrecht
Kathy G. Beckett
Edward L. Kropp
JACKSON KELLY PLLC
500 Lee Street, East, Suite 1600
P.O. Box 553
Charleston, WV 25322-553
(304) 340-1000
dmflannery@jacksonkelly.com
galelea@jacksonkelly.com
kbeckett@jacksonkelly.com
skropp@jacksonkelly.com

*Counsel for Midwest Ozone Group*

/s/ Steven E. Mulder
Michael C. Geraghty
Attorney General
Steven E. Mulder
State of Alaska
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501-1994

*Counsel for the State of Alaska*

/s/ Joseph P. Mikitish
Thomas Horne
Arizona Attorney General
Joseph P. Mikitish
James T. Skardon
Assistant Attorneys General
Environmental Enforcement Section
1275 West Washington
Phoenix, AZ 85007
(602) 542-8553
Joseph.mikitish@azag.gov

*Counsel for the State of Arizona*

/s/ Leslie Sue Ritts
Leslie Sue Ritts
RITTS LAW GROUP, PLLC
The Carriage House
620 Fort Williams Parkway
Alexandria, VA 22304
(703) 823-2292
LSRitts@rittslawgroup.com

*Counsel for American Public Power Association*

/s/ Peter S. Glaser
Peter S. Glaser
George Y. Sugiyama
Michael H. Higgins
TROUTMAN SANDERS LLP
401 Ninth Street, N.W.
Suite 1000
Washington, D.C. 20001
(202) 274-2998
peter.glaser@troutmansanders.com

*Counsel for Peabody Energy Corporation*

/s/ Kendra Akin Jones
Dustin McDaniel
Arkansas Attorney General
Kendra Akin Jones
Assistant Attorney General
Charles L. Moulton
Senior Assistant Attorney General
Arkansas Attorney General
323 Center Street, Suite 400
Little Rock, AR 72201
(501) 682-2007
kendra.jones@arkansasag.gov
charles.moulton@arkansasag.gov

*Counsel for the State of Arkansas, ex rel. Dustin McDaniel, Attorney General*

/s/ Jonathan A. Glogau
Pamela Jo Bondi
Attorney General of Florida
Jonathan A. Glogau
The Capitol, PL-01
Tallahassee, FL 32399-1050

*Counsel for the State of Florida*

/s/ David M. Flannery
David M. Flannery
Gale Lea Rubrecht
Kathy G. Beckett
Edward L. Kropp
JACKSON KELLY PLLC
500 Lee Street, East, Suite 1600
P.O. Box 553
Charleston, WV 25322-553
(304) 340-1000
dmflannery@jacksonkelly.com
galelea@jacksonkelly.com
kbeckett@jacksonkelly.com
skropp@jacksonkelly.com

*Counsel for West Virginia Chamber of Commerce, Inc., Georgia Association of Manufacturers, Inc., Indiana Chamber of Commerce, Inc., Indiana Coal Council, Inc., Kentucky Chamber of Commerce, Inc., Kentucky Coal Association, Inc., North Carolina Chamber, Ohio Chamber of Commerce, Pennsylvania Coal Association, South Carolina Chamber of Commerce, The Virginia Chamber of Commerce, The Virginia Coal Association, Incorporated, West Virginia Chamber of Commerce, West Virginia Coal Association, Inc., and Wisconsin Industrial Energy Group, Inc.*

/s/ Lawrence G. Wasden
Lawrence G. Wasden
Idaho Attorney General
PO Box 83720
Boise, ID 83720-0010

*Counsel for the State of Idaho*

/s/ Eugene M. Trisko
Grant Crandall
Arthur Traynor, III
UNITED MINE WORKERS OF AMERICA
18354 Quantico Gateway Drive
Suite 200
Triangle, VA 22172
(703) 291-2457
gcrandall@umwa.org
atraynor@umwa.org

Eugene M. Trisko
LAW OFFICES OF EUGENE M. TRISKO
PO Box 47
Glenwood, MD 21738
(301) 639-5238
emtrisko@earthlink.net

*Counsel for United Mine Workers of America*

/s/ Valerie Tachtiris
Gregory F. Zoeller
Indiana Attorney General
Valerie Tachtiris
Deputy Attorney General
Office of the Attorney General
IGC-South, Fifth Floor
302 West Washington St.
Indianapolis, IN 46204
(317) 232-6290
Valerie.Tachtiris@atg.in.gov

*Counsel for the State of Indiana*

/s/ Dennis Lane
Dennis Lane
STINSON MORRISON HECKER LLP
1775 Pennsylvania Ave., N.W.,
Suite 800
Washington, D.C. 20006-4605
(202) 785-9100
dlane@stinson.com

Parthenia B. Evans
STINSON MORRISON HECKER LLP
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
(816) 842-8600
pevans@stinson.com

*Counsel for Kansas City Board of Public Utilities*

/s/ John C. Hayes, Jr.
Scott M. Turner
John C. Hayes, Jr.
NIXON PEABODY LLP
401 Ninth Street N.W.
Suite 900
Washington, D.C. 20004
(202) 585-8000
sturner@nixonpeabody.com
jhayes@nixonpeabody.com

*Counsel for Puerto Rico Electric Power Authority*

/s/ Jeffrey A. Chanay
Derek Schmidt
Attorney General of Kansas
Jeffrey A. Chanay
Deputy Attorney General, Civil Litigation Division
Office of the Attorney General of Kansas
120 SW 10th Avenue, 3rd Floor
Topeka, KS 66612-1597
(785) 368-8435
jeff.chanay@ksag.org

*Counsel for the State of Kansas*

/s/ Harold E. Pizzetta III
Harold E. Pizzetta III
Assistant Attorney General
Director, Civil Litigation Division
550 High Street, Suite 1100
Post Office Box 220
Jackson, MS 39205-0220
(601) 359-3816
hpizz@ago.state.ms.us

*Counsel for the State of Mississippi*

/s/ John A. Riley
John A. Riley
Christopher C. Thiele
BRACEWELL & GIULIANI LLP
111 Congress Avenue, Ste. 2300
Austin, TX 78701-4061
(512) 542-2108
john.riley@bgllp.com
chris.thiele@bgllp.com

*Counsel for Chase Power Development, LLC*


/s/ Paul D. Clement
Paul D. Clement
Nathan A. Sales
BANCROFT PLLC
1919 M Street, N.W., Suite 470
Washington, DC 20036
(202) 234-0090
pclement@bancroftpllc.com
nsales@bancroftpllc.com

*Counsel for FirstEnergy Generation Corporation*

/s/ Katherine J. Spohn
Jon Bruning
Attorney General of the State of Nebraska
Katherine J. Spohn
Special Counsel to the Attorney General
2115 State Capitol
PO Box 98920
Lincoln, NE 68509
(402) 471-2682
Katie.spohn@nebraska.gov

*Counsel for the State of Nebraska*


/s/ Margaret I. Olson
Wayne Stenehjem
Attorney General
State of North Dakota
Margaret I. Olson
Assistant Attorney General
Office of Attorney General
500 North 9th Street
Bismarck, ND 58501-4509
(701) 328-3640
maiolson@nd.gov

*Counsel for the State of North Dakota*

/s/ Lisa Marie Jaeger
Lisa Marie Jaeger
BRACEWELL & GIULIANI LLP
2000 K Street, N.W., Suite 500
Washington, D.C. 20006-1872
(202) 828-5800
lisa.jaeger@bgllp.com

*Counsel for Edgecombe Genco, LLC and Spruance Genco, LLC*

/s/ Steven C. Kohl
Steven C. Kohl
Eugene E. Smary
Sarah C. Lindsey
WARNER NORCROSS & JUDD LLP
2000 Town Center, Suite 2700
Southfield, Michigan 48075-1318
(248) 784-5000
skohl@wnj.com

*Counsel for Wolverine Power Supply Cooperative, Inc.*

/s/ Dale T. Vitale
Michael DeWine
Attorney General of Ohio
Dale T. Vitale
Gregg H. Bachmann
Cameron F. Simmons
Assistant Attorneys General
Environmental Enforcement Section
30 E. Broad St., 25th Floor
Columbus, OH 43215-3400
(614) 466-2766
dale.vitale@ohioattorneygeneral.gov

*Counsel for the State of Ohio*

/s/ E. Scott Pruitt
E. Scott Pruitt
Oklahoma Attorney General
P. Clayton Eubanks
Assistant Attorney General
Public Protection Unit/Environment
Office of the Attorney General of Oklahoma
313 N.E. 21st Street
Oklahoma City, OK 73105
(405) 522-8992
fc.docket@oag.ok.gov
clayton.eubanks@oag.ok.gov

*Counsel for the State of Oklahoma*

| | |
|---|---|
| /s/ Robert M. Wolff | /s/ James Emory Smith, Jr. |
| Steven S. Aichele | Alan Wilson |
| General Counsel | Attorney General |
| Robert M. Wolff | James Emory Smith, Jr. |
| Special Counsel | Assistant Deputy Attorney General |
| Gregory E. Dunlap | Office of the Attorney General |
| Deputy General Counsel | P.O. Box 11549 |
| Office of General Counsel | Columbia, SC 29211 |
| 333 Market Street, 17th Floor | (803) 734-3680 |
| Harrisburg, PA 17120 | agesmith@scag.gov |
| (717) 783-6563 | |
| | *Counsel for the State of South Carolina* |
| *Counsel for the Commonwealth of Pennsylvania* | |

/s/ Mark Walters
Greg Abbott
Attorney General of Texas
Daniel T. Hodge
First Assistant Attorney General
John B. Scott
Deputy Attorney General for Civil Litigation
Jon Niermann
Chief, Environmental Protection Division
Mark Walters
Assistant Attorney General
Mary E. Smith
Assistant Attorney General
Office of the Attorney General of Texas
Environmental Protection Division
P. O. Box 12548, Capitol Station
Austin, TX 78711-2548
(512) 463-2012
Mark.Walters@oag.state.tx.us
Mary.Smith@oag.state.tx.us

*Counsel for the State of Texas, Texas Commission on Environmental Quality, Texas Public Utility Commission, and Railroad Commission of Texas*

/s/ Mark L. Shurtleff
Mark L. Shurtleff
Utah Attorney General
350 North State Street, #230
Salt Lake City, UT 84114-2320
(801) 538-1191

*Counsel for the State of Utah*

/s/ Kenneth T. Cuccinelli, II
Kenneth T. Cuccinelli, II
Attorney General of Virginia
900 East Main Street
Richmond, VA 23219
(804) 786-7240

*Counsel for the Commonwealth of Virginia*


/s/ Jay A. Jerde
Gregory A. Phillips
Wyoming Attorney General
Jay A. Jerde
Wyoming Deputy Attorney General
Office of the Attorney General of Wyoming
123 State Capitol
Cheyenne, WY 82002
(307) 777-7841
jay.jerde@wyo.gov

*Counsel for the State of Wyoming*

/s/ Jack Conway
Jack Conway
Attorney General of Kentucky
700 Capital Avenue, Suite 118
Frankfort, KY 40601

*Counsel for Jack Conway, Attorney General of Kentucky*

/s/ Silas B. Taylor
Silas B. Taylor
Senior Deputy Attorney General
Office of the Attorney General of West Virginia
State Capitol, Room 26-E
Charleston, WV 25305
silastaylor@yahoo.com

*Counsel for the State of West Virginia*


/s/ Brenna Findley
Brenna Findley
1007 East Grand Avenue
Des Moines, IA 50319
brenna.findley@iowa.gov

*Counsel for Terry E. Branstad, Governor of the State of Iowa on behalf of the People of Iowa*

# CERTIFICATE OF SERVICE

I hereby certify that, on this 11th day of September 2012, a copy of the Joint Response of State, Industry, and Labor Petitioners to Environmental Petitioners' Motion for Reconsideration of Word Limits was served electronically through the Court's CM/ECF system on all ECF-registered counsel.

/s/ F. William Brownell