# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 12-1100                                              September Term, 2012

EPA-77FR9304

**Filed On:** October 9, 2012

White Stallion Energy Center, LLC,
       Petitioner

v.

Environmental Protection Agency,
       Respondent

------------------------------

American Academy of Pediatrics, et al.,
       Intervenors

------------------------------

Consolidated with 12-1101, 12-1102, 12-1147,
12-1170, 12-1172, 12-1173, 12-1174,
12-1175, 12-1176, 12-1177, 12-1178,
12-1180, 12-1181, 12-1182, 12-1183,
12-1184, 12-1185, 12-1186, 12-1187,
12-1188, 12-1189, 12-1190, 12-1191,
12-1192, 12-1193, 12-1194, 12-1195, 12-1196

      **BEFORE:**    Henderson and Griffith, Circuit Judges

## O R D E R

Upon consideration of the motion for reconsideration of the court's August 24, 2012, order, the responses thereto, and the reply, it is

**ORDERED** that the motion for reconsideration be denied.

### Per Curiam

                                                        **FOR THE COURT:**
                                                        Mark J. Langer, Clerk

                      BY:    /s/
                              Timothy A. Ralls
                              Deputy Clerk/LD