**No. 12-1100**  **September Term, 2012**

EPA-77FR9304

Filed On: January 16. 2013

White Stallion Energy Center, LLC,

    Petitioner

    v.

Environmental Protection Agency,

    Respondent

------------------------------

American Academy of Pediatrics, et al.,
    Intervenors

------------------------------

Consolidated with 12-1101, 12-1102, 12-1147,
12-1172, 12-1173, 12-1174, 12-1175,
12-1176, 12-1177, 12-1178, 12-1180,
12-1181, 12-1182, 12-1183, 12-1184,
12-1185, 12-1186, 12-1187, 12-1188,
12-1189, 12-1190, 12-1191, 12-1192,
12-1193, 12-1194, 12-1195, 12-1196

**O R D E R**

    Upon consideration of the unopposed motion of the Utility Air Regulation Group and Oak Grove Management Company, LLC, for intervenor status in Nos. 12-1174 and 12-1194, it is

    **ORDERED** that the motion be granted. The Clerk is directed to amend the docket accordingly.

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                        BY:    /s/
                              Amy Yacisin
                              Deputy Clerk